**No. 57110.**—C. J. Tower & Sons *v.* United States, protests 146916–K, etc. (Buffalo).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of abrasive sludge similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (40 C. C. P. A. 14, C. A. D. 491), the claim for free entry under paragraph 1664 was sustained.